IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dimer, Craig M

Printed: 01/22/09

Case Number: 08 B 15780
Judge: Goldgar, A. Benjamin
Filed: 6/19/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,300.48 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,220.00 |
| Trustee Fee: |  | 156.87 |
| Other Funds: |  | 923.61 |
| Totals: | 3,300.48 | 3,300.48 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chad M Hayward | Administrative | 2,220.00 | 2,220.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 29,585.78 | 0.00 |
| 4. | Internal Revenue Service | Priority | 62,190.81 | 0.00 |
| 5. | RMI/MCSI | Unsecured | 250.00 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 53,630.41 | 0.00 |
| 7. | Collection Proffesional | Unsecured |  | No Claim Filed |
| 8. | Collect Systems | Unsecured |  | No Claim Filed |
| 9. | Credit Management Service | Unsecured |  | No Claim Filed |
| 10. | Custom Auto Credit Sales | Unsecured |  | No Claim Filed |
| 11. | Nicor Gas | Unsecured |  | No Claim Filed |
| 12. | Universal Payment | Unsecured |  | No Claim Filed |
|  |  |  | $ 147,877.00 | $ 2,220.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 156.87 |
|  | $ 156.87 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dimer, Craig M | Case Number:  08 B 15780 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 01/22/09 | Filed:  6/19/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

